FILED
2018 Jan-03  AM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ANTHONY T. HEULETT,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | Civil Action Number |
| **CITY OF HUNTSVILLE** ) | **5:17-cv-01173-AKK-TMP** |
| **MUNICIPAL COURT,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On December 20, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. On January 2, 2018, the copy of the Report and Recommendation mailed to the petitioner was returned marked "Not Known—Unable to Forward." Doc. 11.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED** as **MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** the 2nd day of January, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE